UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TAMARA S. PADGETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Cause No. 1:15-cv-1567-LJM-DML |
| CAROLYN W. COLVIN, | ) |
| ACTING COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

# **A P P E A R A N C E**

Josh J. Minkler, United States Attorney for the Southern District of Indiana, by Kathryn E. Olivier, Assistant United States Attorney for the Southern District of Indiana, enters his appearance as counsel for Defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration.

                                        Respectfully submitted,

                                        JOSH J. MINKLER
                                        United States Attorney

                    By:    s/ Kathryn E. Olivier
                            Kathryn E. Olivier
                            Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of December, 2015, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which sent notification of such filing to the following:

> Jennifer Michelle Hess
> jenhessatty@aol.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

> NONE.

s/ Kathryn E. Olivier
Kathryn E. Olivier
Assistant United States Attorney

Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN   46204-3048
Telephone: 317-226-6333